OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.26⁵
APR 17 2015
WR-82,02⁸

4/13/2015
BARNES, JONATHAN          Tr. Ct. No. 2003-110A

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

JONATHAN BARNES
CONNALLY UNIT - TDC # 1201039
899 FM 632
KENEDY, TX 78119